## WAYNE DISTRIBUTING CO.

v.

## PITI BUILDING COMPANY, INC.

### No. 83–93–A.

Supreme Court of Rhode Island.

Jan. 5, 1983.

Dennis R. Gannon, Providence, for plaintiff.

Anthony B. Sciarretta, Providence, for defendant.

### ORDER

The motion of Wayne Distributing Company to affirm the judgment of the Superior Court pursuant to Rule 16(g) as regards the issues raised in the appeal of Piti Building Co., Inc. is granted, on condition, however, that Wayne withdraw its cross appeal on or before January 16, 1984. If the cross appeal is not withdrawn, the motion to affirm will be denied.

■

## Thomas AUSTIN

v.

## STATE.

### No. 83–559–M.P.

Supreme Court of Rhode Island.

Jan. 12, 1983.

Thomas Austin, pro se.

Dennis J. Roberts II, Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied.

BEVILACQUA, C.J., did not participate.

■

## STATE

v.

## Michael KANER.

### No. 82–255–C.A.

Supreme Court of Rhode Island.

Dec. 1, 1983.

Dennis J. Roberts II, Atty. Gen., James P. Renaldo, Special Asst. Atty. Gen., for plaintiff.

William F. Reilly, Public Defender, Barbara Hurst, Asst. Public Defender, Chief Appellate Division, for defendant.

### ORDER

The petition for reargument is denied.

MURRAY, J., did not participate.